# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5325

_____

MICHAEL LAWRENCE CASSIDY,

Petitioner,

v.

JULIE L. JONES, Secretary,
FLORIDA DEPARTMENT OF
CORRECTIONS.

Respondent.

_____

Petition for Writ of Habeas Corpus–Original Jurisdiction.

January 30, 2018

PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

LEWIS, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Michael Lawrence Cassidy, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Kenneth S. Steely, General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.